1:23-cr-00483
Judge Joan H. Lefkow
Judge Jeffrey Cole

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 11 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS GIBSON | Case No.<br><br>Violations: Title 18, United States Code, Section 922(g)(1); Title 21, United States Code, Section 844(a) |

## COUNT ONE

The SPECIAL MAY 2022 GRAND JURY charges:

On or about June 2, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

THOMAS GIBSON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Glock Model 19 pistol bearing serial number AFYF235, with an attached conversion device, also known as an "auto sear" and "Glock switch," which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about June 2, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

THOMAS GIBSON,

defendant herein, knowingly and intentionally possessed a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922, as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock Model 19 pistol bearing serial number AFYF235, and the attached conversion device, also known as an "auto sear" and "Glock switch," and associated ammunition.

A TRUE BILL

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY